# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No:  SA CV 20-00938-DOC (JDEx)                    Date: November 13, 2020

Title:  Sidney Naiman et al v. Loandepot.com, LLC., et al.

---

PRESENT:   THE HONORABLE DAVID O. CARTER, JUDGE

Kelly Davis                                      Not Present
Courtroom Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR               ATTORNEYS PRESENT FOR
PLAINTIFF:                          DEFENDANT:
None Present                        None Present

---

**PROCEEDINGS  (IN CHAMBERS):  ORDER DISMISSING CIVIL CASE**

The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [45], hereby orders this action DISMISSED without prejudice. The Court hereby orders **ALL** pending hearing dates VACATED and taken off calendar. The Court retains jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

MINUTES FORM 11
CIVIL-GEN                                    Initials of Deputy Clerk: KD