John R. Habashy, Esq. (SBN 236708)
*john@lexiconlaw.com*
Tiffany N. Buda, Esq. (SBN 232679)
*tiffany@lexiconlaw.com*
**LEXICON LAW, PC**
633 W. 5th Street, 28th Floor
Los Angeles, CA  90071
Telephone:  (213) 223-5900
Facsimile:  (888) 373-2107

*[Additional Counsel listed on subsequent page]*

Attorneys for Plaintiffs Sidney Naiman,
Deborah Schick, Patricia Runsvold,
and the Putative Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SIDNEY NAIMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LOANDEPOT.COM LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 8:20-cv-00938-DOC(JDEx)<br><br>**ORDER DISMISSING ENTIRE ACTION [49]**<br><br>**<u>CLASS ACTION</u>**<br><br>*Honorable David O. Carter*<br>*Magistrate Judge John D. Early*<br><br>Complaint filed: May 21, 2020 |

**Additional Counsel for Plaintiff and the Putative Class:**
Daniel A. Edelman, Esq. (ILL #00712094)
Admitted Pro Hac Vice
courtecl@edcombs.com
Cathleen M. Combs, Esq. (ILL #00472840)
Admitted Pro Hac Vice
Ccombs@edcombs.com
Heather Kolbus, Esq. (ILL #6278239)
Admitted Pro Hac Vice
hkolbus@edcombs.com
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

# ORDER

Having reviewed the Parties' Stipulation to Dismiss ("Stipulation"), and having considered the contents therein, and finding good cause shown, the Court GRANTS the Parties' request and hereby ORDERS that:

1. Plaintiffs' individual and class claims against loanDepot.com LLC and defendants Does 1-10 are dismissed with prejudice;

2. Claims of putative class members against loanDepot.com LLC and defendants Does 1-10 are dismissed without prejudice; and

3. Each party is to bear its own fees and expenses.

**IT IS SO ORDERED.**

DATE: March 10, 2021

_____
*Honorable David O. Carter*
UNITED STATED DISTRICT JUDGE

C:\Users\ddelnero\Documents\Proposed Order on Stipulation Ps Revisions_Court-Orders (DLD Edits) docx